■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNIE WILLIAMS, Appellant. [849 NYS2d 869]—Judgment,

Supreme Court, Bronx County (Michael Gross, J.), rendered on or about June 2, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Gonzalez, Sweeny and Acosta, JJ.